IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02435-BNB

GARY W. WILDER,
    Plaintiff,

v.

DISTRICT COURT OF (PRIVATE) ADAMS COUNTY,
VINCENT C. PHELPS,
DISTRICT ATTORNEYS OFFICE OF (PRIVATE) ADAMS COUNTY,
PETER A. STUMPF,
ROBERT S. GRANT,
DON QUICK,
ALL ASPECT INVESTIGATIONS, and
ELIZABETH LOYA-HANSEN,
    Defendants.

## ORDER OF DISMISSAL

Plaintiff Gary W. Wilder is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility at Olney Springs, Colorado. Mr. Wilder has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights have been violated, and continue to be violated, during the course of the ongoing criminal proceedings against him in the Adams County District Court.

The Court must construe the Prisoner Complaint liberally because Mr. Wilder is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the Prisoner Complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his

confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not act as an advocate for *pro se* litigants. *See id.* For the reasons stated below, the Prisoner Complaint and the action will be dismissed.

Mr. Wilder alleges that he is facing criminal charges in the Adams County District Court and that Defendants have violated his constitutional rights during the course of those criminal proceedings. The named Defendants include the state district court, the presiding state court judge, the office of the district attorney, the district attorney, two other prosecuting attorneys, the court-appointed investigation agency, and the court-appointed defense investigator. Mr. Wilder alleges that he is representing himself in the state court criminal case. He further alleges that he was forced to waive his speedy trial rights when his most recent trial date of November 19, 2007, was continued. Mr. Wilder does not allege when his case currently is scheduled for trial.

Absent extraordinary or special circumstances, federal courts are prohibited from interfering with ongoing state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37, 45 (1971); *Phelps v. Hamilton*, 59 F.3d 1058, 1063-64 (10th Cir. 1995). To establish extraordinary or special circumstances, a plaintiff must be facing an irreparable injury that is both great and immediate. *See Younger*, 401 U.S. at 46. The exceptions to *Younger* provide only for a "very narrow gate for federal intervention." *Phelps*, 59 F.3d at 1064 (internal quotation marks omitted).

Mr. Wilder does not allege any facts that indicate he will suffer great and immediate irreparable injury if this Court fails to intervene in the ongoing state court

2

criminal proceedings. The fact that a criminal defendant will be forced to appear in state court on criminal charges, by itself, is not sufficient to establish great and immediate irreparable injury. *See Younger*, 401 U.S. at 46; ***Dolack v. Allenbrand***, 548 F.2d 891, 894 (10th Cir. 1977). If Mr. Wilder ultimately is convicted in state court and he believes that his federal constitutional rights were violated in obtaining that conviction, he may pursue his claims in this Court by filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 after he exhausts state remedies. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02435-BNB

Gary Wilder
Reg. No. 88560
4 - B 6228
Crowley County Correctional Facility
6564 State Highway 96
Onley Springs, CO 81062

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk